UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

MARINA GORDON,

                Plaintiff,

      - against -

SOCIETYX, LLC,

                Defendant.

------------------------------------------------------------ x

[~~PROPOSED~~] JUDGMENT

Case No.: 1:22-cv-04060-DLC

      Whereas, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant SocietyX, LLC ("Defendant"), having offered to allow Plaintiff Marina Gordon ("Plaintiff") to take a judgment against Defendant for the total sum of Three Thousand Dollars ($3000.00), inclusive of costs and attorneys' fees, and without any admission of liability, for all of the causes of action contained in the Plaintiff's complaint in the above-captioned action (the "Offer of Judgment"), and Plaintiff's attorney having confirmed acceptance of the Offer of Judgment, it is,

      ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $3000.00 as against Defendant.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendant.

Dated: _February 2_, 2023
New York, New York

SO ORDERED

_____
Honorable Denise L. Cote